# Court of Appeals
# of the State of Georgia

ATLANTA,  October 21, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0032. MICHAEL ANTHONY LAPP v. SUSANA B. RAMIREZ-LAPP.**

Michael Anthony Lapp filed another emergency motion for extension of time to file an application for discretionary review pursuant to Court of Appeals Rules 16 (c) and 40 (b). Lapp's initial motion for extension of time was granted on October 1, 2024, pursuant to Rule 16 (c). Under Rule 16 (c), "[o]nly one extension of time will be granted...." Therefore, Lapp's emergency motion for extension of time is hereby DENIED. See Court of Appeals Rule 16 (c).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  10/21/2024*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*